**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6717**

———————————

JOHNATHAN LEE X SMITH,

Plaintiff - Appellant,

versus

F. STUART TAYLOR; C. AILSTOCK; PERRY; A. V.
STONE; G. S. THOMPSON; VIRGINIA PAROLE BOARD;
GEORGE F. ALLEN, Governor; JERRY W. KILGORE;
BRUCE MORRIS; RICHARD W. CROSSEN, JR.; JOHN
WILLIAM WADE, JR.; SANDRA L. COMBS; WINNIE
DIXON; JOSEPH F. LEWIS; LINDA R. PITMAN; LOU
ANN WHITE; DONALD GUILLORY; LAYTON LESTER;
SUSAN CARSON; D. WILMOUTH; DIANE SPENCER;
J. P. JONES; MARCIA A. ORNELAS; VIRGINIA
DEPARTMENT OF CORRECTIONS,

Defendants - Appellees.

———————————

**No. 96-6719**

———————————

JOHNATHAN LEE X SMITH,

Plaintiff - Appellant,

versus

JACK K. HAYES; SERGEANT KEEVIL; DARLENE M.
BEST; AARON AKA EXXON SERVICE STATION 5818
JEFFERSON AVENUE NEWPORT NEWS, VIRGINIA 23607;
NEWPORT NEWS POLICE DEPARTMENT; VIRGINIA STATE
POLICE,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge; David G. Lowe, Magistrate Judge. (CA-95-1032-R, CA-95-672)

Submitted: November 21, 1996          Decided: December 3, 1996

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Johnathan Lee X Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's orders granting his motion to dismiss and dismissing without prejudice these 42 U.S.C. § 1983 (1994) actions. We have reviewed the records and the magistrate judge's opinions and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals on the reasoning of the magistrate judge. Smith v. Taylor, No. CA-95-1032-R, Smith v. Hayes, No. CA-95-672 (E.D. Va. Apr. 2 & 11, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3